# ENGINE PARTS AND SERVICE AGREEMENT

## ZIEGLER INC.

&

## SIOUX CITY TRUCK AND TRAILER, INC.
### (A34S)

## FULL SERVICE DEALER

Version: 5/01/2012

# TEPS PARTS AND SERVICE AGREEMENT

THIS AGREEMENT (this *Agreement*) is made as of the __31st__ day of ____March____, __2014__ by and between

_____Ziegler, Inc._____, a ___Minnesota___ corporation (herein called *Dealer*)

Sioux City Truck and Trailer, a _____Iowa_____ corporation (herein called *TEPS Dealer*)

In consideration of each other's agreements as embodied herein, Dealer hereby appoints TEPS Dealer as a TEPS Second Level Distributor, and Dealer and TEPS Dealer hereby agree as follows.

*1*
*Definitions*

Wherever the following words appear herein, their meanings shall be as follows:

*Affiliated OEM* – The original on-highway vehicle manufacturer, if any, for whom TEPS Dealer is an authorized distributor.

*Authorized Location* – Each place of business of TEPS Dealer at which TEPS Dealer has been authorized by Dealer to sell Parts and/or provide Warranty Service for Selected Models under this Agreement specified in Appendix A, or subsequently approved by Dealer pursuant to Section 6 of this Agreement.

*Authorized Parts List* – The list of authorized, genuine Caterpillar Parts for Caterpillar Products published by Caterpillar and provided to TEPS Dealer, as such list shall change from time to time.

*Caterpillar* – When used to designate a company, Caterpillar Inc., a subsidiary, or an affiliate with whom Dealer has a Distribution Agreement.

*Caterpillar Database* – A database of information maintained by Caterpillar on its computer network or other systems.

*Caterpillar Products* – The Caterpillar products specified as such in Appendix A hereto.

*Dealer* – Any individual, partnership or corporation with which Caterpillar has entered into a Distribution Agreement for Engines, Parts and Service. When written with an initial capital letter, the word Dealer shall mean the party named as "Dealer" at the beginning of this Agreement.

*Dealer Data System*, or *DDS* – The Caterpillar Database that identifies TEPS Dealer's Affiliated OEM, if any, each of TEPS Dealer's Authorized Locations, and the TEPS Status of and Selected Models serviced at each Authorized Location, among other information, together with any successor or replacement Caterpillar Database now or hereafter created by Caterpillar for such purpose and identified as such in the TEPS Program Guidebook.

*Distribution Agreement* – The Distribution Agreement for Engines, Parts and Service between Caterpillar and Dealer, however titled, relating to the distribution of Parts and provision of Warranty Service, as the same may be amended from time to time.

- 1 -

Ex A pg 2

*Engines* – On-highway engines of the same model series as the Selected Models specified in Appendix A hereto.

*Parts* - Any items heretofore or hereafter sold by Dealer for use on Caterpillar Products that are designated by Caterpillar as parts, whether new or remanufactured. The term "Parts" as used in this Agreement shall mean genuine Caterpillar Parts.

*Selected Models* - The particular models of Caterpillar Products specified in Appendix A hereto for which TEPS Dealer is authorized to sell Parts and/or provide Warranty Service at each Authorized Location and for which TEPS Dealer is required to have the service, Parts and tool capabilities specified in this Agreement and the TEPS Program Guidebook.

*TEPS Second Level Distributor* - Any OEM-affiliated or independent distributor of on-highway vehicles appointed as a non-exclusive second level distributor of genuine Caterpillar Parts by an authorized Caterpillar dealer as part of the TEPS Program pursuant to an agreement having the substance of this Agreement.

*TEPS Program Guidebook* – The guidebook with respect to the TEPS Program published by Caterpillar and made accessible to Dealer and TEPS Dealer in a Caterpillar Database. All references to the TEPS Program Guidebook in this Agreement shall mean the TEPS Program Guidebook then in effect and shall be deemed to include, where applicable, references to the Warranty Service Guidebook.

*TEPS Program* – A truck engine product support program sponsored by Caterpillar the purpose of which is to promote the sale of genuine Caterpillar Parts and ensure broad product support coverage of Caterpillar Products.

*TEPS Status* – The status of each Authorized Location of TEPS Dealer as a (i) Full Service Dealer, or (ii) Authorized Parts Dealer, as such terms are defined in the TEPS Program Guidebook, or such other TEPS status as the TEPS Program Guidebook may hereafter describe. All references to the TEPS Status of TEPS Dealer in this Agreement shall mean the TEPS Status designated in Appendix A for each Authorized Location.

*Warranty Labor Rate* – The Caterpillar approved labor rate at which a TEPS Second Level Distributor is compensated for warranty repair work performed on Selected Models, as such rates shall change from time to time.

*Warranty Service* - Service pursuant to the terms of the applicable Caterpillar warranty and any extensions or expansions of that warranty, which are recognized in the warranty practices of Caterpillar and identified in the Warranty Service Guidebook. Where the applicable warranty of a Caterpillar Product or Part provides for the repair or replacement of a Part, Warranty Service pursuant to such warranty includes the labor of repairing and of installing the repaired or replaced Part.

*Warranty Service Guidebook* – The TEPS warranty guide or other warranty administration guidebook, however titled, published from time to time by Caterpillar and made accessible to Dealer and TEPS Dealer in a Caterpillar Database. All references to the Warranty Service Guidebook in this Agreement shall mean the Warranty Service Guidebook then in effect.

| | |
|---|---|
| 2<br>*Purpose and Objectives* | The purpose of this Agreement is to define the responsibilities of the parties. Both Dealer and TEPS Dealer recognize that a principal objective of this Agreement is the provision of ready availability of Parts and the highest standards of service to users of Caterpillar Products in furtherance of the TEPS Program. Dealer has entered into this Agreement in reliance upon the |

- 2 -

ability of the TEPS Dealer to perform its obligations as provided herein. TEPS Dealer's appointment under this Agreement is on a non-exclusive basis. Effective as of the date of this Agreement, this Agreement shall be deemed to amend, restate and replace in its entirety any Engine Parts and Service Agreement, however titled, between Dealer and TEPS Dealer in effect prior to the date of this Agreement.

**3 Sales by TEPS Dealer**

TEPS Dealer shall promote the sale of genuine Caterpillar Parts to users of Caterpillar Products and render prompt, efficient and courteous service to users of Caterpillar Products. TEPS Dealer shall refrain from promoting the sale of any parts other than genuine Caterpillar Parts for any Caterpillar Products. To ensure satisfactory performance of Caterpillar Products, TEPS Dealer shall use genuine Caterpillar Parts for critical applications in connection with Warranty Service during an applicable warranty period for which Warranty reimbursement shall be sought from Caterpillar. The use of non-genuine Caterpillar parts at the request of the end user at any time shall be accompanied with a statement similar to the following on the invoice to the user for the non-genuine Caterpillar part: *"These parts are not genuine Caterpillar parts and any claims resulting from the use of such parts will not be honored by Caterpillar under its warranty."*

**4 Purchases by TEPS Dealer**

Dealers will sell parts to TEPS Dealers for resale to end users to meet end users' current requirements for routine maintenance and repair of Caterpillar Products owned or operated by end user. It is expected that a substantial portion of parts sold by TEPS Dealers will be in connection with service work performed in TEPS Dealer's authorized locations. TEPS Dealer will not act as a wholesaler of Parts nor will TEPS Dealer sell parts for export.

**5 Parts Pricing**

Subject to the TEPS Program Guidebook and Authorized Parts List, the basis of prices charged by Dealer to TEPS Dealer for Parts shall be as set forth in Appendix B and may be changed at Dealer's option. Except as otherwise agreed in Appendix C, Parts will be sold EXW (loaded), Dealer's facilities (Incoterms 2000).

**6 TEPS Dealer Authorized Locations**

TEPS Dealer will maintain a suitable place or places of business at all Authorized Locations shown in Appendix A to provide adequate facilities for sales of Parts and/or provision of service, including Warranty Service. TEPS Dealer will conduct its Part sales and service activities only at Authorized Locations. The TEPS Status of each such Authorized Location is as shown on Appendix A. TEPS Dealer may establish and maintain such additional places of business for providing sales of Parts and Warranty Service under this Agreement as Dealer may approve as Authorized Locations, and prior to the establishment of any additional Authorized Location, Dealer shall approve the TEPS Status of such Authorized Location. TEPS Dealer will maintain all Authorized Locations in a neat and attractive condition. Subject to Section 21, any Authorized Location providing Warranty Service must display at TEPS Dealer's sole expense an illuminated Caterpillar sign of the type approved by Caterpillar, except where prohibited by local ordinances.

**7 Parts Inventory**

TEPS Dealer will at all times maintain at each Authorized Location a minimum inventory of the types and quantities of Parts as required in the TEPS Program Guidebook.

**8 TEPS Program Guidebook**

Dealer and TEPS Dealer shall at all times remain subject to all provisions of the TEPS Program Guidebook that are stated therein as binding on Dealer and/or TEPS Dealer, as the case may be, whether or not such provisions of the TEPS Program Guidebook are referred to expressly in this Agreement, and such provisions are hereby incorporated by reference in this Agreement with the same force and effect as if incorporated by text in this Agreement. The incorporation of the TEPS Program Guidebook in this Agreement shall not render Caterpillar a party to this Agreement for any purpose and shall not be deemed to create any cause of action against Caterpillar. In the event of any conflict between this Agreement and the TEPS Program Guidebook, this Agreement shall control.

| | |
|---|---|
| *9*<br>*Service Facilities and Tools* | TEPS Dealer will at all times maintain to the satisfaction of Dealer at Authorized Locations such service facilities as are required pursuant to the TEPS Program Guidebook as necessary to provide competent, prompt and satisfactory repair and maintenance service to users of Caterpillar Products. In addition, TEPS Dealer will acquire and have available for immediate use the tools specified by Caterpillar from time to time in the TEPS Program Guidebook, or the equivalent of such tools as is satisfactory to Dealer. |
| *10*<br>*Maintaining Qualified Technicians and Other Support Personnel* | TEPS Dealer will at all times employ at each Authorized Location the number and types of qualified technician and other support personnel required in the TEPS Program Guidebook for TEPS Dealer locations of the same TEPS Status. Such technician(s) shall have been trained in engine classes offered by Dealer or Caterpillar or in a training program of another manufacturer, subject to the TEPS Program Guidebook, and they shall be required to attend training classes to be made available by Dealer. The basis of fees charged to TEPS Dealer for such Dealer-provided training shall be as set forth on Appendix D. If TEPS Dealer is an authorized distributor of an Affiliated OEM in whose vehicles Selected Models are installed, then in addition to training by Dealer, TEPS Dealer may arrange for training of its technicians through facilities provided by such Affiliated OEM under agreement with Caterpillar or Dealer. TEPS Dealer agrees that Dealer may from time to time audit the proficiency of TEPS Dealer's technicians. |
| *11*<br>*Sales and Service Literature* | TEPS Dealer will maintain at each Authorized Location a readily accessible reference library of literature with respect to Parts distributed by Caterpillar or by Dealer, including, but not limited to such Parts sales literature and electronic access to Caterpillar Databases |
| *12*<br>*Records and Reports* | TEPS Dealer will (i) maintain Parts inventory and Part sales records; (ii) record the models and serial numbers of all Caterpillar Products upon which service of any type is performed by TEPS Dealer, together with the names and addresses of the owners of such Caterpillar Products and the dates and places when and where such service was performed; (iii) record such other information concerning TEPS operations as the TEPS Program Guidebook may require or Dealer may reasonably request; and (iv) report all such data to Dealer from time to time as the TEPS Program Guidebook may require or Dealer may reasonably request. All such records and reports shall be in form satisfactory to Dealer and shall be retained for a minimum period of two (2) years. |
| *13*<br>*Sales and Service Assistance by Dealer* | Dealer will provide such sales and service assistance to TEPS Dealer as is specified in the TEPS Program Guidebook. |
| *14*<br>*Warranty* | Caterpillar warrants Caterpillar Products and Parts in the manner and to the extent provided in Caterpillar's Warranty Service Guidebook or other publications delivered to TEPS Dealer. Caterpillar in its arrangements with Dealer has reserved the right to change the provisions of its warranties at its option at any time and Dealer reserves the same right under this Agreement with respect to any materials supplied by Dealer that are not supplied by Caterpillar. |
| *15*<br>*Warranty Service* | The TEPS Program Guidebook defines the specific Warranty Service operations each TEPS Status is authorized to perform at any Authorized Location. The authority of TEPS Dealer to perform Warranty Service at any Authorized Location is based on its designated TEPS Status and the Selected Models sold by TEPS Dealer at such Authorized Location. TEPS Dealer shall provide Warranty Service for Selected Models and Parts for Selected Models which it deems to be the subject of an allowable claim under the applicable warranty. Such services shall be provided whether or not TEPS Dealer sold the Selected Models or Parts presented to it for Warranty Service. Warranty Service shall be provided to the user consistent |

- 4 -

Version: 5/01/2012

with the applicable Caterpillar warranty statement and the Warranty Service Guide.

| | |
|---|---|
| *16*<br>*Claims for*<br>*Warranty Service* | Upon completing Warranty Service of a Selected Model that TEPS Dealer deems to be the subject of an allowable claim under the applicable warranty, TEPS Dealer shall submit claims for Warranty Service electronically to Caterpillar in the manner specified in the Warranty Service Guidebook. If Caterpillar determines pursuant to the Warranty Service Guidebook that such claim is allowable in whole or in part, settlement will be made to the extent such claim is allowed and subject to the terms of the applicable warranty by payment to TEPS Dealer of the amounts specified in the Warranty Service Guidebook. It is understood that Dealer is acting under this Section 16 solely to facilitate claims processing and settlement by Caterpillar, and as such, Dealer is not liable for any refusal by Caterpillar to allow in whole or in part any warranty claim by TEPS Dealer. Dealer may audit any and all TEPS Dealer records that pertain to warranty claims and TEPS Dealer's claims submittal at any time during normal business hours. |
| *17*<br>*Return of Parts* | At times fixed by Dealer, which shall be not less than semi-annually, TEPS Dealer may return any Caterpillar Parts purchased for stock by TEPS Dealer from Dealer which in Dealer's judgment are new or rebuilt, unused since purchase and in good condition. Additional and specific conditions are indicated in the TEPS Program Guidebook. Except as otherwise agreed in Appendix C, TEPS Dealer will pay the cost of returning such Parts to one of Dealer's places of business designated by Dealer. All Parts so returned shall be subject to inspection and acceptance by Dealer at destination. |
| *18*<br>*Credit for*<br>*Returned Parts* | Except as otherwise agreed in Appendix C, Dealer shall credit TEPS Dealer for Parts returned to Dealer at the prices and on the terms set forth in the TEPS Program Guidebook. |
| *19*<br>*Changes in or*<br>*Discontinuance of*<br>*Products* | Caterpillar, in its arrangements with Dealer, has reserved the right at any time and without notice to make changes in any Caterpillar Product (whether in design, materials, the addition of improvements, or otherwise) and to discontinue the sale of any Caterpillar Product. Dealer reserves the same right under this Agreement, and no such change or discontinuance shall impose any obligation upon Dealer as a result thereof whether for failure to fill accepted orders of TEPS Dealer or otherwise. |
| *20*<br>*No Agency*<br>*Relationship* | It is the intention of the parties that the relationship existing between them shall be that of independent contractors and vendor and vendee; that nothing herein contained or done pursuant hereto shall constitute TEPS Dealer the agent or franchisee of Dealer or Caterpillar for any purpose whatever; and that all acts and things done and to be done by TEPS Dealer pursuant to the provisions hereof, unless expressly otherwise provided herein, shall be at TEPS Dealer's own cost and expense. |
| *21*<br>*Use of Trademarks* | Except as expressly authorized by Caterpillar in a separate agreement executed or to be executed between TEPS Dealer and Caterpillar in form and substance satisfactory to Caterpillar, TEPS Dealer shall not make any use whatsoever of the trademarks "Caterpillar", "Cat", and any other trademark now or hereafter owned or registered by Caterpillar. Any such authorization from Caterpillar shall expire automatically upon the termination of this Agreement. Any such authorization from Caterpillar specific to any Authorized Location shall expire automatically upon the termination of TEPS Dealer's right and obligation to operate such Authorized Location pursuant to Section 24. |
| *22*<br>*Termination by*<br>*Parties for* | Either party may terminate this Agreement at any time, with or without cause, upon thirty (30) days written notice mailed to the other party at the address of such party shown below its signature to this Agreement, or at such other address as it shall from time to time designate. |

E-FILED  2016 JUL 06 11:24 AM WOODBURY - CLERK OF DISTRICT COURT

Version: 5/01/2012

| | |
|---|---|
| *Convenience*<br>**23**<br>*Termination for Cause* | In addition to the right of either party to terminate this Agreement as provided in Section 22, (i) Dealer may terminate this Agreement upon thirty (30) days written notice mailed to TEPS Dealer at the address of such party shown below its signature to this Agreement, or at such other address as it shall from time to time designate, if TEPS Dealer is in breach of or shall fail to perform any provision of this Agreement, and (ii) this Agreement shall terminate automatically, if<br><br>(a) any action is taken by or against TEPS Dealer under any law the purpose or effect of which is or may be to relieve TEPS Dealer in any manner from any of its debts, or to extend the time of payment thereof, or<br>(b) TEPS Dealer makes an assignment for the benefit of creditors or makes any conveyance of any of its property which in the opinion of Dealer may be to the detriment of TEPS Dealer's creditors, or<br>(c) a receiver or trustee is appointed with authority to take possession of TEPS Dealer's property or of any part thereof.<br><br>Dealer has entered into this Agreement pursuant to the Distribution Agreement under which Dealer undertakes to appoint, assist and supply TEPS Dealer. If for any reason the Distribution Agreement between Caterpillar and Dealer is terminated, this Agreement shall automatically terminate effective upon the date of termination of the Distribution Agreement. |
| **24**<br>*Termination or Change of Authorized Location, TEPS Status, Warranty Service for Selected Models* | Dealer may (i) cancel TEPS Dealer's right to operate any Authorized Location, and/or (ii) alter the TEPS Status of any Authorized Location, and/or (iii) cancel TEPS Dealer's right to provide Warranty Service for any Selected Model, at any time with or without cause, upon not less than thirty (30) days written notice mailed to TEPS Dealer at the address of such party shown below its signature to this Agreement, or at such other address as it shall from time to time designate. TEPS Dealer may (i) cease to operate any Authorized Location, and/or (ii) downgrade the TEPS Status of any Authorized Location, and/or (iii) cease to provide Warranty Service for any Selected Model, at any time with or without cause, upon not less than thirty (30) days written notice mailed to Dealer at the address of such party shown below its signature to this Agreement, or at such other address as it shall from time to time designate. |
| **25**<br>*Survival of Rights and Obligations* | Notwithstanding termination or expiration of this Agreement under the provisions of Sections 22, 23 or 32, all terms and conditions of this Agreement shall continue to apply to any Parts purchased by TEPS Dealer either before or after such termination or expiration. In addition, all provisions hereof which relate to rights and obligations upon or following termination or expiration shall survive any such termination or expiration. |
| **26**<br>*Effect of Termination by Dealer* | If this Agreement is terminated by Dealer pursuant to Section 22, all unshipped orders not previously accepted by Dealer shall be automatically canceled, and Dealer shall repurchase from TEPS Dealer, and TEPS Dealer shall resell to Dealer, all Parts theretofore purchased by TEPS Dealer from Dealer which have not been resold by TEPS Dealer and in the judgment of Dealer are new or rebuilt, unused since purchase and in good condition. TEPS Dealer shall ship such Parts, within sixty (60) days at Dealer's expense, to a place of business of Dealer designated by Dealer. |
| **27**<br>*Effect of Other Termination or Expiration* | If this Agreement is terminated by TEPS Dealer pursuant to Section 22, or is terminated by operation of Section 23 or expires as provided in Section 32, all unshipped orders (whether previously accepted or not) may be canceled at the option of Dealer; and Dealer may at its option repurchase from TEPS Dealer, and TEPS Dealer shall thereupon resell to Dealer, any Parts theretofore purchased from Dealer and not resold by TEPS Dealer which Dealer may specify. Such Parts shall be delivered within sixty (60) days of notification of termination or expiration at TEPS Dealer's expense to a place of business of Dealer designated by Dealer. |

Case 5:16-cv-04106-LRR   Document 3-1   Filed 07/27/16   Page 7 of 14

Ex A pg 7

Version: 5/01/2012

| | |
|---|---|
| *28*<br>*Return of Parts After Termination or Expiration* | After inspection and acceptance by Dealer at such destination of all Parts repurchased by Dealer pursuant to Sections 26 and 27, TEPS Dealer shall be credited as provided in Section 18. |
| *29*<br>*Return of Materials After Termination or Expiration* | Promptly following termination or expiration of this Agreement, TEPS Dealer, at Dealer's request, will deliver to Dealer a statement reporting Parts sales from the last previous report to date of termination or expiration, and will also deliver to Dealer all Caterpillar software, numerical Parts records, partsgrams, service instruction books, service manuals, catalogs, advertising literature, and other material of any kind obtained from Dealer or Caterpillar. |
| *30*<br>*Alterations* | Except for changes as provided in this Agreement in appendices hereto or mandatory terms of the TEPS Program Guidebook, this Agreement cannot be altered, enlarged or abridged except by an agreement in writing signed by TEPS Dealer and Dealer, which specifies that it is a supplement or amendment hereof. |
| *31*<br>*Assignments, Changes in TEPS Dealer* | This Agreement shall be binding upon, and inure to the benefit of, the parties hereto and their heirs, successors and assigns; provided, however, that TEPS Dealer's rights hereunder cannot be assigned or transferred, in whole or in part, directly or indirectly, whether by TEPS Dealer or by operation of law or otherwise, to any person, firm or corporation, without the prior written consent of Dealer. This Agreement constitutes a personal contract entered into by Dealer because of the confidence of Dealer in the particular person or persons with whom Dealer has dealt, or if TEPS Dealer is a partnership or corporation, because such person or persons have the major financial interest in or the active management of the organization. Should the management or ownership of TEPS Dealer be changed by any event or for any reason, or if TEPS Dealer is a corporation, should the controlling interest in the voting stock thereof pass from its present ownership, then at the option of Dealer this Agreement may be terminated. The foregoing provision shall not apply to changes in personnel or management of a factory-owned branch of a manufacturer of equipment using Selected Models. |

Version: 5/01/2012

*32*
*Term of Agreement*

The term of this Agreement shall be one (1) year from the date of this Agreement first set forth above, unless expressly extended by Dealer and TEPS Dealer. Not less than sixty (60) days prior to the expiration of this Agreement, Dealer and TEPS Dealer shall discuss the advisability of entering into a new agreement, but nothing herein shall be construed to impose upon either party any obligation to enter into any new agreement or any extensions or renewal of this Agreement. No extensions or renewal of this Agreement may be effected except by a written instrument, which meets the requirements of Section 30 hereof.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

**DEALER**

[ Ziegler, Inc. ]

By _____
(Name and Title)

901 W 94th St., Minneapolis, MN 55420
(Address)

ph. 952-888-4121
(Phone and Fax No.)

**TEPS DEALER**

[ Sioux City Truck and Trailer, Inc. ]

By _[signature]_
(Name and Title)

4535 Harbor Dr. Sioux City, IA 51111
(Address)

ph. 712-258-2444
(Phone and Fax No.)

8/19/14

- 8 -

Version: 5/01/2012

## LIST OF APPENDICES

| | |
|---|---|
| Appendix A | Authorized Locations, Selected Models, and TEPS Status |
| Appendix B | Dealer's Basis of Pricing to TEPS Dealer for Parts |
| Appendix C | Additional Provisions |
| Appendix D | Dealer's Basis of Fees to TEPS Dealer for Training |

Version: 5/01/2012

## APPENDIX A

### Authorized Locations, Selected Models and Caterpillar Products

#### Authorized Locations

The Authorized Locations of TEPS Dealer and the TEPS Status of each such Authorized Location are as follows:

| | Address | TEPS Status |
|---|---|---|
| 1 | 4535 Harbor Dr. Sioux City, IA 51111 | Full Service |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

#### Selected Models

All models of Caterpillar Products now or hereafter specified by Dealer as Selected Models with respect to each Authorized Location and identified as such in the Dealer Data System.

#### Caterpillar Products

Engines when employed in on-highway vehicle applications only.

Version: 5/01/2012

## APPENDIX B

### Dealer's Basis of Pricing to TEPS Dealer for Parts

The basis of prices to be charged TEPS Dealer for purchases of Parts from Dealer pursuant to this Agreement is as follows:

1. On stock order purchases: TEPS Net Less 5%
TEPS Dealers will be allowed one stock order per day with a $250.00 minimum at the stock order price. There will be a $25.00 service charge for stock orders not meeting the $250.00 requirement. Hazardous Material or maintenance products stock orders will be allowed in conjunction with daily stock orders.
2. On non-stock order purchases: TEPS Net

Full Service TEPS Dealers that have a stock order percentage below 50% will be accessed a 3% service fee on emergency or non-stock orders. The 3% service charge fee will not be applied to parts needed to repair an engine that is under Caterpillar warranty. This order must be designated as a "Warranty Order" and must include the engine serial number.

3. Terms:
TEPS Dealer agrees to pay for all goods, services, leases and other items charged to its open account prior to the tenth (10th) of the month following the invoice date. Failure to make timely payments shall result in default and a late fee of 1.5% per month (18% annual), will be assessed on all past due amounts until paid in full. TEPS Dealer agrees that should legal action be brought to enforce payment terms that jurisdiction will be in the state of Minnesota, unless Ziegler Inc. and associates in their sole discretion commences proceeding in a different jurisdiction or venue. TEPS Dealer agrees to pay for all costs of collection, including attorney fees if the account is not paid when due. Ziegler Inc. and associates may, at their discretion, transfer its rights to another party who succeed to all rights under this agreement or to other obligations of the TEPS Dealer.

Version: 5/01/2012

## APPENDIX C

### Additional Provisions

Dealer and TEPS Dealer hereby agree to the following additional provisions. In the event of any conflict between this Appendix C and the remainder of this Agreement, this Appendix C shall govern.[1]

1. TEPS Dealer hereby grants to Dealer a security interest in all Parts (and the proceeds thereof) sold to TEPS Dealer and financed by or for which money is owed to Dealer. TEPS Dealer will, at its expense, execute such documents and do such other acts as Dealer reasonably requests in order that Dealer shall have at all times a valid and perfected first security interest in all Parts (and the proceeds thereof). TEPS Dealer also agrees that its inventory of Parts shall remain unencumbered by other charges, security interests and liens of any type unless Dealer consents thereto in writing.

2. This Agreement shall be governed by the laws of the State of _____Iowa_____.

3. [others]

---

[1] Note to Dealer – These provisions are optional

Version: 5/01/2012

## APPENDIX D

### Dealer's Basis of Fees to TEPS Dealer for Training

The basis of fees to be charged TEPS Dealer for training provided by Dealer pursuant to this Agreement is as follows: