# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| SIOUX CITY TRUCK AND TRAILER, INC, <br><br> Plaintiff, <br><br> vs. <br><br> ZIEGLER, INC, <br><br> Defendant. | No. 16-CV-4106-LRR <br><br> **JUDGMENT** |

_____

**DECISION BY COURT.** This action came before the Court and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** pursuant to the Order filed on December 5, 2016 (docket number 17): Judgment is entered in favor of the Defendant. The RPA claim contained in the Petition is dismissed with prejudice. The state law claims alleging breach of good faith and fair dealing and violation of Iowa franchise law are remanded to the Iowa District Court for Woodbury County.

**DATED** this 5th day of December 2016.

ROBERT L. PHELPS, CLERK<br>
UNITED STATES DISTRICT COURT<br>
NORTHERN DISTRICT OF IOWA<br><br>
_/s/_<br>
_____<br>
By: Deputy Clerk